In the Matter of Robert A. Tucker, Individually and on Behalf of Others Similarly Situated as Designated Candidates of the Republican Party,

740

County of Albany, For the Primary Election to be Held June 20, 1967, Respondent, v. THOMAS F. DONOHUE et al., Constituting the Board of Elections, Albany County, et al., Appellants.— *Per Curiam.*.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum *Per Curiam.*